### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-226-PAB-SBP

VERTIX BUILDERS, INC, a Colorado corporation,

    Plaintiff,

v.

VERTEX BUILDERS, LLC, a California limited liability company,

    Defendant.

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Vertix Builders, Inc. ("Vertix" or "Plaintiff"), through counsel, hereby voluntarily dismisses this action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, against Vertex Builders, LLC ("Vertex" or "Defendant"), who has not filed either an answer or motion for summary judgment in this case, each party to pay its own attorneys' fees and costs.

Respectfully submitted this 12th day of March, 2024

    */s/ Jared B. Briant*
    Jared B. Briant
    Faegre Drinker Biddle & Reath LLP
    1144 15th Street, Suite 3400
    Denver, CO 80202
    Phone: (303) 607-3500
    Fax: (303) 607-3600
    Email: jared.briant@faegredrinker.com

    *Attorneys for Plaintiff Vertix Builders, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2024, I electronically filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of Court using the CM/ECF system and served via E-Mail on the following counsel for Vertex Builders, LLC:

    Aaron M. McKown
    McKown Bailey
    520 Newport Center Drive, Suite 470
    Newport Beach, CA 92660
    (949) 594-5821
    aaron@mckownbailey.com

                                     *s/ Jared B. Briant*
                                     Jared B. Briant