IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00226-PAB-SBP

VERTIX BUILDERS, INC., a Colorado corporation,

    Plaintiff,

v.

VERTEX BUILDERS, LLC, a California limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    The matter before the Court is the Notice of Dismissal with Prejudice [Docket No. 9]. Federal Rule of Civil Procedure 41(a)(1)(A) provides that the "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Furthermore, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

    Here, plaintiff Vertix Builders, Inc. "voluntarily dismisses this action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure." Docket No. 9 at 1. Defendant has not served an answer or a motion for summary judgment. Although plaintiff does not address prejudice in its motion, the title of the motion indicates that plaintiff seeks "Dismissal with Prejudice." *Id.* As such, the Court will dismiss plaintiff's action with prejudice.

    It is therefore

    **ORDERED** that plaintiff's Notice of Dismissal with Prejudice [Docket No. 9] is deemed effective as a means of dismissing this action. It is further

    **ORDERED** that this case is closed.

    DATED March 13, 2024.